UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | **Case No. 05-31823** |
| **EDWARD A. JENKINS and** | | **Chapter 7** |
| **BESSIE J. JENKINS,** | * | |
| Debtors | * | |

* * * * * *   * * * * * *

**SEAN C. LOGAN, CHAPTER 7**
**TRUSTEE**                    *

   Plaintiff                   *

v.                             *
                                  **Adv. Pro. No. 09-00123**
**EDWARD A. JENKINS, et al.**  *

   Defendants                  *

* * * * * * * * * * * * *

**MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT
OF FINANCIAL FREEDOM ACQUISITION, LLC, AS SUCCESSOR IN INTEREST TO
DEFENDANT FINANCIAL FREEDOM SENIOR FUNDING CORPORATION**

Financial Freedom Acquisition, LLC, as successor in interest to Defendant Financial Freedom Senior Funding Corporation ("Financial Freedom"), by counsel, Ira L. Oring, M. Elizabeth Nowinski and Fedder and Garten Professional Association, and pursuant to F.R.B.P. 7012(b), F.R.C.P. 12(b)(6), F.R.B.P. 7056 and F.R.C.P. 56, files this Motion to Dismiss and/or for Summary Judgment, and states as follows.

1. Financial Freedom admits that this is a core proceeding.

2. Counts III and IV of the Plaintiff's Adversary Complaint for Turnover of Property, Fraudulent Conveyance and to Avoid Post Petition Transfer for Property

("Complaint") fail to state a claim upon which relief can be granted in that they assert claims that are time-barred.

3. The undisputed material facts of this case entitle Financial Freedom to judgment in its favor as a matter of law with respect to Count II of the Complaint.

4. Based on the foregoing, and as set forth in Financial Freedom's accompanying Memorandum in Support of its Motion to Dismiss and/or for Summary Judgment, which is hereby incorporated by reference as if fully restated herein, Financial Freedom is entitled to an order dismissing Counts III and IV of the Complaint with prejudice, and entering summary judgment in its favor with respect to Count II of the Complaint.

**WHEREFORE**, Financial Freedom respectfully requests that this Court issue an order dismissing Counts III and IV of the Complaint with prejudice, and entering summary judgment in favor of Financial Freedom with respect to Count II of the Complaint.

*/s/ M. Elizabeth Nowinski*
Ira L. Oring (No. 00733)
ioring@fedgar.com
M. Elizabeth Nowinski (No. 27499)
bnowinski@fedgar.com
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, Maryland  21201
Telephone: (410) 539-2800
Attorneys for Financial Freedom
 Acquisition, LLC, as successor in interest to
 Defendant Financial Freedom Senior
 Funding Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2009, a copy of the foregoing Motion to Dismiss and/or for Summary Judgment was filed electronically in the United States Bankruptcy Court for the District of Maryland, that copies of said Motion to Dismiss and/or for Summary Judgment were sent by First Class U.S. Mail, postage paid, to

James R. Schraf, Esq.
Logan Yumkas, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
Attorneys for Plaintiff;

Bessie J. Jenkins
3615 S. Echodale Avenue
Baltimore, MD  21214
Defendant;

Edward A. Jenkins
3615 S. Echodale Avenue
Baltimore, MD  21214
Defendant;

Harvard Home Mortgage, Inc.
27 Old Solomons Island Road
Annapolis, MD  21401-3820
Defendant; and

United States Department of
Housing and Urban Development
451 7th Street, SW
Washington, DC 20410

and that all other persons entitled to service of said Motion to Dismiss and/or for Summary Judgment were served as a result of the aforesaid electronic filing.

                                        */s/ M. Elizabeth Nowinski*
                                        Ira L. Oring (No. 00733)
                                        ioring@fedgar.com
                                        M. Elizabeth Nowinski (No. 27499)
                                        bnowinski@fedgar.com
                                        Fedder and Garten Professional Association
                                        36 South Charles Street, Suite 2300
                                        Baltimore, Maryland  21201
                                        Telephone: (410) 539-2800
                                        Attorneys for Financial Freedom
                                         Acquisition, LLC, as successor in interest to
                                         Defendant Financial Freedom Senior
                                         Funding Corporation

## **REQUEST FOR HEARING**

Financial Freedom Acquisition, LLC, as successor in interest to Defendant Financial Freedom Senior Funding Corporation, respectfully requests a hearing on its foregoing Motion to Dismiss and/or for Summary Judgment.

                                        */s/ M. Elizabeth Nowinski*
                                        Ira L. Oring (No. 00733)
                                        ioring@fedgar.com
                                        M. Elizabeth Nowinski (No. 27499)
                                        bnowinski@fedgar.com
                                        Fedder and Garten Professional Association
                                        36 South Charles Street, Suite 2300
                                        Baltimore, Maryland  21201
                                        Telephone: (410) 539-2800
                                        Attorneys for Financial Freedom
                                         Acquisition, LLC, as successor in interest to
                                         Defendant Financial Freedom Senior
                                         Funding Corporation