IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| EDWARD A. JENKINS and | ) | Case No. 05-31823-RAG |
| BESSIE J. JENKINS | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |
| _____ | ) | _____ |
| | ) | |
| SEAN C. LOGAN, CHAPTER 7 | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 09-00123 |
| | ) | |
| EDWARD A. JENKINS et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | _____ |

HARVARD HOME MORTGAGE'S
MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

COMES NOW Harvard Home Mortgage, Inc. ("Harvard"), which pursuant to F.R.B.P. 7012(b), F.R.C.P. 12(b)(6), F.R.B.P. 7056 and F.R.C.P. 56, files this Motion to Dismiss and/or for Summary Judgment, and in support thereof states as follows:

1.  Harvard joins in the Motion to Dismiss and/or for Summary Judgment filed by co-adversary defendant Financial Freedom Acquisition, LLC ("Motion"), said Motion filed May 1, 2009, and in Financial Freedom's Memorandum of Points and Authorities filed in support thereof, filed May 1, 2009 ("Memorandum"), which arguments Harvard adopts as its own, and incorporates herein by reference as if fully stated herein.

1

2.  Based on the foregoing, Harvard submits it is entitled to an order dismissing Counts III and IV of the Complaint with prejudice, and entering summary judgment in its favor with respect to Count II of the Complaint, and so requests that relief.

Respectfully submitted,

/s/
Eric S. Lipsetts [Bar No. 11269]
CUTLER & LIPSETTS, LLC
7 Willow Street, Suite 101
Annapolis, Maryland 21401
(410) 224-7630
eric@cutlerlipsetts.com

Attorney for Defendant Harvard Home Mortgage, Inc.

REQUEST FOR HEARING

Harvard Home Mortgage, Inc. respectfully requests a hearing on this Motion.

/s/
Eric S. Lipsetts [Bar No. 11269]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2009, I caused a copy of the foregoing to be filed electronically in the United States Bankruptcy Court for the District of Maryland, and that copies of the foregoing were sent by first-class mail, postage pre-paid, to:

| | |
|---|---|
| James R. Schraf, Esq.<br>Logan, Yumkas, Vidmar & Sweeney, LLC<br>2530 Riva Road, # 400<br>Annapolis, MD 21401 | Adam M. Freiman, Esq.<br>Sirody, Freiman & Feldman, P.C.<br>1777 Reisterstown Rd., # 360E<br>Baltimore, MD 21208 |
| M. Elizabeth Nowinski, Esq.<br>Fedder and Garten<br>36 South Charles St., #2300<br>Baltimore, MD 21201 | Larry D. Adams, Esq.<br>Assistant U.S. Attorney<br>United States Attorneys Office<br>36 South Charles St., 4th Floor<br>Baltimore, MD 21201 |
| Bessie Jenkins<br>3615 S. Echodale Ave.<br>Baltimore, MD 21214 | Edwards Jenkins<br>3615 S. Echodale Ave<br>Baltimore, MD 21214 |
| United States Department of<br>   Housing and Urban Development<br>451 7th St., SW<br>Washington, D.C. 20410 | |

        /s/
    Eric S. Lipsetts  [Bar No. 11269]